Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD JAMES BORDES, </br></br> Plaintiff </br></br> v. </br></br> JOMAX, LLC d/b/a JOMAX RECOVERY SERVICES; EXPERIAN INFORMATION SOLUTIONS, INC.; DOES 1-10 inclusive, </br></br> Defendants. | **Case No.:** 5:18-cv-02614-R-KK </br></br> **NOTICE OF SETTLEMENT** |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff request that this Honorable Court vacate all pending hearing dates, including Pretrial Conference scheduled for August 12, 2019 and Trial scheduled for September 10, 2019, and allow sixty (60) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Notice of Settlement - 1

Dated: August 5, 2019         **Law Offices of Todd M. Friedman, P.C.**

                              By: s/ Todd M. Friedman,
                                  Todd M. Friedman,, Esq.

# **CERTIFICATE OF SERVICE**

Filed electronically on August 5, 2019, with:

United States District Court CM/ECF system

Notification sent electronically on August 5, 2019 to:

To the Honorable Court, all parties and their Counsel of Record

By: s/ Todd M. Friedman,
Todd M. Friedman,, Esq.
