JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD BORDES,<br><br>    Plaintiff,<br><br>  vs.<br><br>JOMAX, LLC. d/b/a JOMAX RECOVERY SERVICES; EXPERIAN INFORMATION SOLUTIONS, INC; DOES 1-10 inclusive,<br><br>    Defendants. | CASE NO. 5:18-cv-02614-R-KK<br><br>**ORDER GRANTING STIPULATION RE: DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

Having considered the parties' Stipulation to Dismiss, the above-entitled action is hereby dismissed, with prejudice. Each party shall bear its own costs and expenses.

IT IS SO ORDERED.

Dated: August 12, 2019

*Gary Klausner*

Hon. R. Gary Klausner
UNITED STATES DISTRICT JUDGE